3

Willie Bellamy
Reg. No: 42134-039
Federal Correctional Institution "Elkton"
P.O. Box 10
Lisbon, Ohio 44432

Date: March 4, 2019

(10-20437)

Business:

Honorable: Judge Stephen J. Murhy III
231- W. Lafayette Blvd. RM-530
Detroit, Mich 48226-2714

FILED
MAR -7 2019
CLERK'S OFFICE
DETROIT

Re: [Probation Status]

Dear Honorable: Judge Stephen J. Murhy III,

    This is a petition concerning my past probationary status; thus, even with fulfilling the past-term of probation within compliance of all appointments, urinary-test, and other obligations by the Court ——— I was only found in violation of past-probationary period due to the retirement of past probation officer (Ms. Bernedette Moore), one month prior to the ending term of the probation (2016). The current probation officer was to release me from the conditional-release, which for unknown reasons, the case-file was unintentionally misplaced amidst the flurry of concluding paperwork. Actually, the uncontroverted fact of this petition is to motion this Honorable Court to expunge this past-probation-violation based upon the closing of an

Page. 2.: March 4, 2019
Business:

old case-file, which has created a wall, and further marginalized myself from receiving an individualized determination by the Bureau of Prison in the assessment of particular re-entry factors —— equally important, are the factors of medical-issues, housing, and the management of inmates with disabilities.

Additionally, "America is a Respected Nation of Second Chances," which promotes Rehabilitation/Reintergration of individuals whom have paid their debts to society, saving tax-payers dollars by lowering the direct and collateral-cost of recidivism/vitimization. Besides, I am "70-years" of age with medically-documented impairments that substantially limits my individual activities of daily living —— causing addition distress and anxiety disorders.

Therefore, I humbly pray this Honorable Court grants the following petition in the following;
(A). Expunge case of past-probation violation.

Thank you very much for your time and efforts in this matter..

Sincerely,   Willie Bellamy
             #421-34-039
Date:        2.C.I - P.O Box 10
             Lisbon, OK. 44432

NAME: [signature]
REG.# 42634-039
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

CLEVELAND OH
3/5/15

⇔ 42134-039 ⇔
David J Weaver
231 W Lafayette BLVD
Clerk of the Court
Detroit, MI 48226-2714
United States

48226-271414

RECEIVED
MAR - 7 2019
CLERK'S OFFICE
DISTRICT COURT